AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Preska, Loretta A. | United States District Court, Southern District of New York | 03/31/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Pearl Street, Room 2220<br>New York, NY 10007 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice President | Fordham Law Alumni Association |
| 2. Co-Trustee/Trustee | Trusts #7 and #11 |
| 3. Advisory Board | Federalist Society, New York Chapter |
| 4. Trustee | Fordham University |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Preka. Loretta A.**

| Name of Person Reporting | Date of Report |
|---|---|
| Preska, Loretta A. | 03/31/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self Employed Lawyer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | February 21-28, 2010 | Kona, HI | Bench/Bar Mtg., CLE | Lodging, Travel, Food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preska, Loretta A. | 03/31/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preska, Loretta A. | 03/31/2011 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank A/C | A | Interest | J | T | | | | | |
| 2. Trust #1 | D | Int./Div. | N | T | | | | | |
| 3. -FIDO NY Municipal MMF | | | | | | | | | |
| 4. -Promissory Notes | | | | | | | | | |
| 5. -S&P Midcap Deposit Receipts | | | | | | | | | |
| 6. -FIDO Contrafund | | | | | | | | | |
| 7. -American Growth Fund | | | | | Sold | 03/31/10 | J | | |
| 8. -Black Rock Global Fund Allocation | | | | | Buy | 02/22/10 | J | | |
| 9. -Ivy Asset Strategy Fund | | | | | Buy | 02/22/10 | J | | |
| 10. Trust #2 | D | Int./Div. | N | T | | | | | |
| 11. -FIDO NY Municipal MMF | | | | | | | | | |
| 12. -Promissory Notes | | | | | | | | | |
| 13. -S&P Midcap Depository Receipts | | | | | | | | | |
| 14. -American Growth Fund | | | | | Sold | 03/31/10 | J | | |
| 15. -Baron Growth Fund | | | | | | | | | |
| 16. -Black Rock Global Allocation Fund | | | | | Buy | 02/22/10 | J | | |
| 17. -Ivy Asset Strategy Fund | | | | | Buy | 02/22/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preska, Loretta A. | 03/31/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Trust #3 | C | Dividend | N | T | | | | | |
| 19. -S&P Midcap Deposit Receipts | | | | | | | | | |
| 20. -FIDO NY Municipal MMF | | | | | | | | | |
| 21. -FIDO Contrafund | | | | | | | | | |
| 22. -Eaton Vance LG Cap Fund | | | | | | | | | |
| 23. -Royce Total Return Fund | | | | | | | | | |
| 24. -Tweedy Browne Global Fund | | | | | | | | | |
| 25. -Black Rock Global Allocation Fund | | | | | Buy | 02/22/10 | K | | |
| 26. -Ivy Asset Strategy Fund | | | | | Buy | 02/22/10 | K | | |
| 27. Trust #4 | D | Dividend | O | T | | | | | |
| 28. -S&P Midcap Deposit Receipts | | | | | | | | | |
| 29. -FIDO NY Municipal MMF | | | | | | | | | |
| 30. -Baron Growth Fund | | | | | Sold | 02/22/10 | J | | |
| 31. -American Growth Fund | | | | | | | | | |
| 32. -Eaton Vance LG Cap Fund | | | | | | | | | |
| 33. -Royce Total Return Fund | | | | | Sold | 02/22/10 | J | | |
| 34. -Tweedy Browne Global Fund | | | | | Sold | 02/22/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preska, Loretta A. | 03/31/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Black Rock Global Allocation Fund | | | | | Buy | 02/22/10 | K | | |
| 36. -Ivy Asset Strategy Fund | | | | | Buy | 02/22/10 | K | | |
| 37. Trust #6 | B | Dividend | L | T | | | | | |
| 38. -NWML Whole Life | | | | | | | | | |
| 39. Trust #7 | E | Dividend | N | T | | | | | |
| 40. -Evlico Adjustable Life | | | | | | | | | |
| 41. -NEML Annuity | | | | | | | | | |
| 42. -NWML Whole Life | | | | | | | | | |
| 43. -NWML Whole Life | | | | | | | | | |
| 44. Trust #8 | | None | N | T | | | | | |
| 45. -Sun Life Universal Life | | | | | | | | | |
| 46. -NYL Universal Life | | | | | | | | | |
| 47. Trust #9 | | None | P1 | T | | | | | |
| 48. -Sun Life Universal Life | | | | | | | | | |
| 49. IRAs #1-6 (see IRAs #9 and 10) | | | | | | | | | |
| 50. Law Firm Retirement A/C | D | Dividend | P1 | T | | | | | |
| 51. -Fidelity Contrafund | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
    (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
    (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
    (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Preska, Loretta A. | 03/31/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Baron Growth Fund | | | | | | | | | |
| 53. -Fidelity Cash Reserves | | | | | | | | | |
| 54. -Royce Total Return Fund | | | | | | | | | |
| 55. -Vanguard Midcap Index Fund | | | | | Buy | 04/19/10 | K | | |
| 56. Law Firm Capital A/C and Int. in A/R | | None | P1 | W | | | | | |
| 57. Forrest City Investment Partners | A | Distribution | J | W | | | | | |
| 58. NYS Municipal Bonds | D | Interest | M | T | | | | | |
| 59. NYC Municipal Bonds | D | Interest | M | T | | | | | |
| 60. Citibank Accounts | D | Interest | P1 | T | | | | | |
| 61. FL Municipal Bonds | E | Interest | O | T | Redeemed (part) | 08/02/10 | K | | |
| 62. M&T Bank Accounts | A | Interest | M | T | | | | | |
| 63. LA Municipal Bonds | C | Interest | L | T | | | | | |
| 64. TX Municipal Bonds | E | Interest | O | T | | | | | |
| 65. SC Municipal Bonds | B | Interest | K | T | | | | | |
| 66. WA Municipal Bonds | E | Interest | N | T | Redeemed (part) | 12/11/10 | K | | |
| 67. MN Municipal Bonds | B | Interest | K | T | | | | | |
| 68. PA Municipal Bonds | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preska, Loretta A. | 03/31/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IL Municipal Bonds | E | Interest | O | T | Redeemed (part) | 12/06/10 | L | | |
| 70. MA Municipal Bonds | D | Interest | M | T | | | | | |
| 71. AL Municipal Bonds | D | Interest | M | T | | | | | |
| 72. KY Municipal Bonds | C | Interest | L | T | | | | | |
| 73. HI Municipal Bonds | C | Interest | L | T | | | | | |
| 74. IN Municipal Bonds | D | Interest | N | T | | | | | |
| 75. WI Municipal Bonds | D | Interest | M | T | | | | | |
| 76. AK Municipal Bonds | C | Interest | L | T | | | | | |
| 77. MI Municipal Bonds | D | Interest | M | T | | | | | |
| 78. SD Municipal Bonds | C | Interest | L | T | | | | | |
| 79. Integro Common Stock | | None | N | T | | | | | |
| 80. DE Municipal Bonds | C | Interest | L | T | | | | | |
| 81. NV Municipal Bonds | B | Interest | L | T | | | | | |
| 82. Trust #10 | F | Dividend | P1 | T | | | | | |
| 83. -S&P Midcap 400 SPDRS | | | | | | | | | |
| 84. -FIDO Muncipal MMF | | | | | | | | | |
| 85. -Eaton Vance LG Cap | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preska, Loretta A. | 03/31/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Vanguard Intermediate Tax Exempt Bond Fund | | | | | Sold | 01/25/10 | N | E | |
| 87. | | | | | Sold | 07/04/10 | M | D | |
| 88. -Vanguard Limited Term Bond Fund | | | | | Sold | 01/22/10 | O | D | |
| 89. | | | | | Sold | 07/04/10 | M | C | |
| 90. -Pimco Total Return Institutional Fund | | | | | Buy | 01/22/10 | O | | |
| 91. | | | | | Sold | 07/21/10 | L | C | |
| 92. -MS Global Long Short Fund | | | | | Buy | 07/27/10 | O | | |
| 93. -Templeton Global Fund | | | | | Buy | 11/23/10 | N | | |
| 94. | | | | | Buy | 11/24/10 | M | | |
| 95. DC Municipal Bonds | D | Interest | L | T | Matured | 08/16/10 | L | | |
| 96. OH Municipal Bonds | E | Interest | N | T | | | | | |
| 97. Ironshore Common Stock | | None | M | T | | | | | |
| 98. Trust #11 | B | Dividend | M | T | | | | | |
| 99. -S&P Midcap 400 SPDRS | | | | | | | | | |
| 100. -Fidelity MMF | | | | | | | | | |
| 101. -Eaton Vance LG Cap Fund | | | | | | | | | |
| 102. -Templeton Global Fund | | | | | Buy | 11/24/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preska, Loretta A. | 03/31/2011 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Western Asset Government MMF | A | Dividend | M | T | | | | | |
| 104. Trust #12 | C | Dividend | N | T | | | | | |
| 105. -Fidelity MMF | | | | | | | | | |
| 106. -SPDR S&P Midcap ETF | | | | | Buy | 04/19/10 | M | | |
| 107. | | | | | Sold | 11/30/10 | J | | |
| 108. -Templeton Global Bond Fund | | | | | Buy | 11/23/10 | L | | |
| 109. -Black Rock Global Allocation Fund | | | | | Buy | 11/23/10 | M | | |
| 110. -Ivy Asset Strategy Fund | | | | | Buy | 11/23/10 | M | | |
| 111. NE Municipal Bonds | B | Interest | L | T | | | | | |
| 112. IRA #7 | A | Dividend | K | T | | | | | |
| 113. -Pimco Total Return Fund | | | | | Buy | 09/07/10 | J | | |
| 114. -Tweedy Browne Global Value Fund | | | | | Buy | 09/07/10 | J | | |
| 115. -S&P Midcap 500 SPDRS | | | | | | | | | |
| 116. -S&P Midcap 400 ETF | | | | | | | | | |
| 117. -Government MMF | | | | | | | | | |
| 118. IRA #8 | A | Dividend | J | T | | | | | |
| 119. -S&P Midcap 500 ETF | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preska, Loretta A. | 03/31/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -S&P Midcap 400 ETF | | | | | | | | | |
| 121. -MMF | | | | | | | | | |
| 122. CO Municipal Bonds | D | Interest | L | T | Buy | | L | | |
| 123. GA Municipal Bonds | B | Interest | L | T | Buy | 01/12/10 | L | | |
| 124. ND Municipal Bonds | B | Interest | L | T | Buy | | L | | |
| 125. IRA #9 | E | Dividend | P1 | T | | | | | |
| 126. -Fidelity Contrafund | | | | | Buy | 06/10/10 | K | | |
| 127. -Fidelity US Government Reserves | | | | | Sold | 07/21/10 | J | | |
| 128. -Baron Growth Fund | | | | | Buy | 06/10/10 | K | | |
| 129. -Black Rock Global Allocation Fund | | | | | Buy | 01/22/10 | P1 | | |
| 130. | | | | | Buy | 02/07/10 | N | | |
| 131. -Pimco Total Return Fund | | | | | Buy | 01/22/10 | M | | |
| 132. | | | | | Buy | 06/10/10 | L | | |
| 133. | | | | | Buy | 07/21/10 | L | | |
| 134. -Vanguard Midcap Fund | | | | | Buy | 04/19/10 | L | | |
| 135. -SPDR Midcap 400 ETF | | | | | Buy | 06/10/10 | K | | |
| 136. -Eaton Vance LG Cap Fund | | | | | Buy | 06/10/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preska, Loretta A. | 03/31/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -American Growth Fund of America | | | | | Buy | 06/10/10 | K | | |
| 138.  -Ivy Asset Strategy Fund | | | | | Buy | 01/25/10 | N | | |
| 139. | | | | | Buy | 02/17/10 | N | | |
| 140.  -Royce Total Return Fund | | | | | Buy | 06/10/10 | K | | |
| 141.  -Tweedy Browne Global Value Fund | | | | | Buy | 06/10/10 | K | | |
| 142.  IRA #10 | D | Dividend | O | T | | | | | |
| 143.  -SPDR Midcap 400 | | | | | Buy | 04/19/10 | M | | |
| 144.  -FIDO US Government Reserves | | | | | Sold | 06/10/10 | J | | |
| 145.  -Baron Growth | | | | | | | | | |
| 146.  -American Growth Fund of America | | | | | | | | | |
| 147.  -Tweedy Browne Global Value Fund | | | | | | | | | |
| 148.  -Vanguard Midcap Index Fund | | | | | Buy | 04/19/10 | K | | |
| 149.  -Ivy Asset Strategy Fund | | | | | Buy | 06/10/10 | K | | |
| 150.  BIOC LLC | | Distribution | K | U | Buy | 11/16/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Preska, Loretta A. | 03/31/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On or about 5/26/10, the entire contents of IRAs # 1, 2, 3 and 5 were converted to IRA #9.

On or about 5/26/10, the entire contents of IRAs #4 and 6 were converted to IRA #10.

On or about 6/2/10, part of the law firm retirement account (line 50) was converted to IRA #9.

Fideltiiy UST MMF (line 124 from 2009 FDR) was apparently re-nominated and/or merged with Western Asset Government MMF.

Lines 122 and 124 -- dates are 12/10/09 and 12/24/09, respectively.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Loretta A. Preska**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544